UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE DISTRIBUTION, INC. a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OXGORD INCORPORATED, a California corporation and DAY TO DAY IMPORTS, INC., a California corporation,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01635-JAK(MAA)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND EXPERT DEADLINES**<br><br>Assigned to Judge John A. Kronstadt Courtroom 10B |

This Court having reviewed the parties' *Stipulation to Extend Expert Deadlines* filed on March 23, 2022, and good and sufficient cause appearing therefor, the Court grants the parties' stipulation extending the deadlines in the October 25, 2021 Order Re Parties' Proposed Amended Schedule (Dkt. 47) [Dkt. No. 48].

**ACCORDINGLY, IT IS HEREBY ORDERED**, as follows:

1. Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on Issues where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures: **April 11, 2022**

2. Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Report Where Accused Infringer has Burden of Proof: **May 12, 2022**

Dated:

By: _____
    Honorable John A. Kronstadt
    United States District Court Judge