UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE DISTRIBUTION, INC. a Minnesota corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>OXGORD INCORPORATED, a California corporation and DAY TO DAY IMPORTS, INC., a California corporation,<br><br>    Defendants. | No. 2:21-cv-01635-JAK(MAA)<br><br>**ORDER RE STIPULATION TO EXTEND EXPERT DEADLINES (DKT. 64)** |

Based on a review of the Stipulation to Extend Expert Deadlines (the "Stipulation" (Dkt. 64)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The deadlines in the October 25, 2021 Order Re Parties' Proposed Amended Schedule (Dkt. 47) are extended as follows:

1. Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on Issues where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures: **April 11, 2022**
2. Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Report Where Accused Infringer has Burden of Proof: **May 12, 2022**

**IT IS SO ORDERED.**

Dated: March 28, 2022

By: _____
John A. Kronstadt
United States District Judge