EXHIBIT C

**NELSON MULLINS RILEY &
  SCARBOROUGH LLP**
LAUREN A. DEEB (SBN 234143)
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone:  (424) 221-7400
Facsimile:   (424) 221-7499
Email:  lauren.deeb@nelsonmullins.com

**FREDRIKSON & BYRON, P.A.**
GRANT D. FAIRBAIRN
LAURA L. MYERS
200 South 6th Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
Email:   gfairbairn@fredlaw.com
            lmyers@fredlaw.com
Admitted *Pro Hac Vice*

CARA S. DONELS
111 E. Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone:  (515) 242-8900
Facsimile:  (515) 242-8950
Email:  cdonels@fredlaw.com
Admitted Pro Hac Vice

*Attorneys for Plaintiff
Core Distribution, Inc.*

**LAW OFFICE OF ARYEH KAUFMAN**
ARYEH KAUFMAN
aryeh@akaufmanlegal.com
5482 Wilshire Boulevard, #1907
Los Angeles, CA 90036
Telephone: (323) 943-2566
Fax: (213) 402-8598

*Attorney for Defendants
OxGord Incorporated, and Day to Day
Imports, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CORE DISTRIBUTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OXGORD INCORPORATED, a California corporation and DAY TO DAY IMPORTS, INC., a California corporation,<br><br>Defendants. | Case No:  2:21-cv-01635-JAK (MAAx)<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated that Plaintiff Core Distribution, Inc.'s claims against Defendants OxGord Incorporated and Day to Day Imports, Inc. ("Defendants") are dismissed with prejudice. Each party will bear its own fees and costs.

| | |
|---|---|
| DATED:  August 30, 2022 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | By: /s/ *Lauren A. Deeb* |
| | Lauren A. Deeb |
| | *Attorneys for Plaintiff Core Distribution, Inc.* |
| DATED:  August 30, 2022 | LAW OFFICE OF ARYEH KAUFMAN |
| | By: /s/ *Aryeh Kaufman* |
| | Aryeh Kaufman |
| | *Attorney for Defendants OxGord Incorporated and Day to Day Imports, Inc.* |

STIPULATION OF DISMISSAL

## **FILER'S ATTESTATION**

The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of the document has been obtained from the other signatory to this document.

By: */s/ Lauren A. Deeb*
Lauren A. Deeb

*Attorneys for Plaintiff
Core Distribution, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: */s/ Lauren A. Deeb*
Lauren A. Deeb