**NELSON MULLINS RILEY & SCARBOROUGH LLP**
LAUREN A. DEEB (SBN 234143)
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone:  (424) 221-7400
Facsimile:   (424) 221-7499
Email:  lauren.deeb@nelsonmullins.com

**FREDRIKSON & BYRON, P.A.**
GRANT D. FAIRBAIRN
LAURA L. MYERS
200 South 6th Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
Email:  gfairbairn@fredlaw.com
          lmyers@fredlaw.com
Admitted *Pro Hac Vice*

CARA S. DONELS
111 E. Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone:  (515) 242-8900
Facsimile:  (515) 242-8950
Email:  cdonels@fredlaw.com
Admitted Pro Hac Vice

*Attorneys for Plaintiff*
*Core Distribution, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CORE DISTRIBUTION, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OXGORD INCORPORATED, a California corporation and DAY TO DAY IMPORTS, INC., a California corporation,<br><br>Defendants. | Case No:  2:21-cv-01635-JAK (MAAx)<br><br>**NOTICE OF LODING OF FILING FORM AO 120** |

|   |   |   |
|---|---|---|
| 1 | **PLEASE TAKE NOTICE** that Plaintiff Core Distribution, Inc. mailed the attached form AO 120 Report on the Filing or Determination of an action Regarding a Patent or Trademark to the Director of the U.S. Patent and Trademark Office on September 20, 2022. | |

DATED: September 20, 2022            NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *Lauren A. Deeb*
      Lauren A. Deeb

FREDRIKSON & BYRON, P.A.
    Grant D. Fairbairn
    Laura L. Myers
    Cara S. Donels

*Attorneys for Plaintiff Core Distribution, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

/s/ *Lauren A. Deeb*
Lauren A. Deeb